UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Chester M. West</u>

      v.           Civil No. 04-cv-141-JD

<u>Cascade Designs, Inc., et al.</u>


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

  SO ORDERED.

April 10, 2007            <u>/s/ Joseph A. DiClerico, Jr.</u>
                Joseph A. DiClerico, Jr.
                United States District Judge


cc:  Kenneth Brown, Esq.
   Jared Green, Esq.
   Mary Schwarzer, Esq.
   R. Matthew Cairns, Esq.